UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 13-10325-RGS

KARL MAURICE

v.

MIDDLESEX COUNTY DISTRICT ATTORNEY'S OFFICE, et al.

ORDER

April 9, 2013

STEARNS, D.J.

On February 25, 2013, this Court issued a Procedural Order requiring Plaintiff to either pay the $350 filing fee or file a renewed motion for leave to proceed in forma pauperis accompanied by a copy of his prison account statement. See Docket No. 5. Plaintiff's response was due by March 18, 2013. Id.

To date, Plaintiff has failed to respond to the Procedural Order, and the time for doing so has expired.

Accordingly, for the reasons stated in the Procedural Order, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE